UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 19-221 JNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| Plaintiff, | 18 U.S.C. § 1709 |
| v. | |
| CHAVONN D. TAYLOR, | RECEIVED |
| Defendant. | AUG 29 2019<br>CLERK, U.S. DISTRICT COURT<br>MINNEAPOLIS, MINNESOTA |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Theft of Mail by Postal Employee)

On or about May 1, 2017 to June 2, 2017, in the State and District of Minnesota, the defendant,

**CHAVONN D. TAYLOR,**

a United States Postal Service employee, did steal and remove a letter, package, mail and any article and thing contained therein which had been entrusted to the defendant and which intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, all in violation of Title 18, United States Code, Section 1709.

Date: August 29, 2019

ERICA H. MacDONALD
United States Attorney

BY: EVAN B. GILEAD
Assistant U.S. Attorney
Attorney ID No. 95971

SCANNED
AUG 29 2019
U.S. DISTRICT COURT MPLS